# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# MARTINSBURG

**SERWAN MIZORI,**

    **Petitioner,**

**v.**                         **CIVIL ACTION NO.: 3:21-CV-177 (GROH)**

**R. M. WOLFE,**

    **Respondent.**

## ORDER DISMISSING CASE WITH PREJUDICE

On November 12, 2021, the *pro se* Petitioner, filed a petition for habeas corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. The filing fee was paid on November 16, 2021. ECF No. 4. The Respondent filed a motion to dismiss, or in the alternative, for summary judgment on December 28, 2021, along with an exhibit in support of the motion. ECF No. 10. The Court issued an Order and Roseboro notice on January 3, 2022. ECF No. 11. The Order directed Petitioner to file a response within twenty-one days. Id. Service was accepted for the Order on January 10, 2022. ECF No. 12.

A review of the docket shows that Petitioner has failed to file a response to the motion to dismiss as directed. Accordingly, it is hereby **ORDERED** that this action be **DISMISSED WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE**.

Further, the Court notes that even had the Petitioner responded, the case should be dismissed for the reasons more fully stated in the Respondent's motion to dismiss or for summary judgment.

It is therefore **ORDERED** that the Respondent's motion to dismiss [ECF No. 10] is **GRANTED**.

The Clerk is **DIRECTED** to mail a copy of this Order to the Petitioner by certified mail, return receipt requested, to his last known address as reflected on the docket sheet, and to counsel of record by electronic means.

**DATED**: February 16, 2022

GINA M. GROH
CHIEF UNITED STATES DISTRICT JUDGE